UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT | CIVIL ACTION NO. 22-CV-1127 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ST. MARTIN PARISH GOVERNMENT AND UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, LAFAYETTE CITY-PARISH CONSOLDIATED GOVERNMENT, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Ruling of the District Court entered on September 27, 2023 [Rec. Doc. 96], and the corresponding Judgment of the District Court signed and entered on September 27, 2023 [Rec. Doc. 97].

Respectfully submitted,

GIBSON LAW PARTNERS, LLC
Attorneys at Law

*/s/ Michael O. Adley*
JAMES H. GIBSON - #14285
MICHAEL O. ADLEY - #37009
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, LA 70505
Telephone: 337-761-6025
Fax: 337-761-6061
Email: jimgibson@gibsonlawpartners.com
Email: michaeladley@gibsonlawpartners.com

And

Gregory J. Logan, #23395
City-Parish Attorney
700 Jefferson St.
Post Office Box 52704
Lafayette, LA 70505
Telephone: (337) 406-9685
*Counsel For Lafayette-City Parish Consolidated Government*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on counsel for all parties to the captioned matter electronically via the CM/ECF court system.

Signed in Lafayette, Louisiana, this _____ day of October, 2023.

                                 _/s/ Michael O. Adley_
                                 MICHAEL O. ADLEY