# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. **23-30746**

Lafayette City-Parish Consolidated Government vs. United States of America
(Short Title)

The Clerk will enter my appearance as Counsel for **Appellant - Lafayette City-Parish Consolidated Government**

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**
- [ ] Petitioner(s)
- [ ] Respondent(s)
- [ ] Amicus Curiae
- [x] Appellant(s)
- [ ] Appellee(s)
- [ ] Intervenor

[x] I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

(Signature) *[signed]*

(e-mail address) psottinger@ohllc.com

(Type or print name) Patrick S. Ottinger

(State/Bar No.) LA-08727

(Title, if any) City-Parish Attorney

(Firm or Organization) Ottinger Hebert, L.L.C., but serving in my capacity as City-Attorney for Laf.City/Parish Cons. Gov't

Address: Post Office Box 4017-C

City & State: Lafayette, Louisiana        Zip: 70502

Primary Tel. (337) 291-8015    Cell Phone: (337) 501-7768    (Optional)

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Patrick S. Ottinger

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
- [ ] Yes
- [x] No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
- [ ] Yes
- [x] No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
- [ ] Yes
- [x] No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case **N/A**

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency _____

Status of Appeal (if any) Fully briefed, pending further action by the Court

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED June 2023

Case: 23-30746   Document: 32   Page: 2   Date Filed: 03/15/2024



**Patrick S. Ottinger**
*City-Parish Attorney*

March 15, 2024

Honorable Lyle W. Cayce, Clerk of Court
UNITED STATES COURT OF APPEAL
FOR THE FIFTH CIRCUIT
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

                         Re:    Lafayette City-Parish Consolidated Government
                                vs. United States of America, et al
                                Fifth Circuit Case No. 23-30746

Dear Clerk:

The undersigned is the City-Parish Attorney for the Lafayette City-Parish Consolidated Government, Appellant in the referenced matter. Due to a change in administration, effective January 1, 2024, the undersigned will assume sole responsibility of this matter. Accordingly, counsel of record in this matter will no longer be counsel for the Lafayette City-Parish Consolidated Government in this case.

For purposes of clarity, the undersigned is listed in the PACER system as follows:

**Contact Information**

| | |
|---|---|
| **Address:** | Ottinger Hebert, L.L.C.<br>1313 W. Pinhook Road<br>Lafayette, LA 70503 |
| **Primary Email:** | psottinger@ohllc.com |
| **Additional Emails:** | alguidry@ohllc.com |

However, this particular representation is in my capacity as City-Parish Attorney, at the mailing address and e-mail address shown on this letterhead.

With best personal regards, I am,

                                                                Very truly yours,



                                                                Patrick S. Ottinger
                                                                City-Parish Attorney