No. 23-30746

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT,

*Plaintiff-Appellant*

v.

UNITED STATES OF AMERICA; GOVERNMENT OF ST. MARTIN PARISH
*Defendants-Appellees*

_____

On Appeal from
United States District Court for the Western District of Louisiana
6:22-CV-1127

_____

**UNOPPOSED MOTION OF APPELLANT,
LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT,
<u>TO DISMISS APPEAL</u>**

_____

By attorney:

Patrick S. Ottinger,
 Louisiana Bar Roll No. 08727
City-Parish Attorney
Post Office Box 4017-C
Lafayette, LA 70502-4017
Telephone:  (337) 291-8015
Email:  psottinger@lafayettela.gov

*Counsel for Plaintiff-Appellant, Lafayette City-Parish Consolidated Government*

The motion of Plaintiff-Appellant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("Movant"), and availing itself of rule 42.1 of the Fifth Circuit Rules of Appellate Procedure, respectfully shows:

1.

Movant moves to dismiss this appeal.

2.

Undersigned counsel for Movant represents and certifies to this Honorable Court that this Motion is unopposed, as undersigned counsel personally spoke with counsel for all adverse parties, who authorized undersigned counsel to inform the Court as to their non-opposition.

By attorney:

*s/Patrick S. Ottinger*
Patrick S. Ottinger,
  Louisiana Bar Roll No. 08727
City-Parish Attorney
Post Office Box 4017-C
Lafayette, LA 70502-4017
Telephone: (337) 291-8015
Email:  psottinger@lafayettela.gov

*Counsel for Plaintiff-Appellant, Lafayette City-Parish Consolidated Government*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 19th day of March, 2024, I served copies of the foregoing Unopposed Motion of Appellant to Dismiss Appeal on counsel of record by filing it using the Fifth Circuit Court of Appeals' CM/ECF system.

                                          s/*Patrick S. Ottinger*
                                          PATRICK S. OTTINGER